*William Van Doren* v. *Jacob Walker.*

IN error on *certiorari.*

*Cadey,* for the plaintiff. The return does not state that any constable was sworn to attend the jury, though it is evident they retired.

*Van Vechten,* contra. As no improper practice is alleged, and it does not appear a constable was not sworn, the court will intend it was done.

*Per Curiam.* As nothing is said about a constable's being sworn, or having charge of the jury, the court cannot supply it by intendment. There are no words in the return to intend by. We might as well intend an issue joined, or a *venire* when nothing is stated. The justice must state, as the writ requires him, all his proceedings; the whole history of the suit. When a proceeding so essential is omitted, we cannot consider it as done.